**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ROBERT ARNOLD SHARPE, JR.,** | : | |
| **Plaintiff** | : | |
| v. | : | CASE NO. 7:10-CV-93 (HL) |
| **CLAYTON TOMLINSON, et al,** | : | |
| **Defendants** | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.8) filed October 4, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 11) filed October 13, 2010 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 26th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**