**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **ROBERT ARNOLD SHARPE, JR.,** : | |
| **Plaintiff** : | |
| v. : | **CASE NO. 7:10-CV-93 (HL)** |
| **CLAYTON TOMLINSON, et al,** : | |
| **Defendants** : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 26) filed May 23, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 21st day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**